IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00698-WYD-KLM

ELISHA MILLS,

    Plaintiff,

v.

ALBERTSON'S, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Answer** [Docket No. 18; Filed August 1, 2008] (the "Motion"). Plaintiff has not filed a Response to Defendant's Motion. The Court has reviewed the Motion, the entire case file and applicable case law and is sufficiently advised in the premises.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's First Amended Answer [Docket No. 18-2] is **accepted for filing** as of the date of this Order.

    Dated: August 27, 2008