IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00698-WYD-KLM

ELISHA MILLS,

    Plaintiff,

v.

ALBERTSON'S, LLC,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' Stipulation of Dismissal of this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Court, being fully advised in the premises, it is hereby

ORDERED that the parties' stipulation is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated this 27th day of October, 2008.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        UNITED STATES DISTRICT CHIEF JUDGE